UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

LABORERS' COMBINED FUNDS OF WESTERN
PENNSYLVANIA, as agent for PAUL QUARANTILLO
and JOHN C. BUSSE, trustees and litem, LABORERS'
DISTRICT COUNCIL OF WESTERN PENNSYLVANIA
WELFARE AND PENSION FUND,

     Plaintiff,                                 06cv0198

     v.                                      **Electronically Filed**

ROTONDO WEIRICH ENTERPRISES, INC.,

     Defendant.

## **ORDER OF COURT RESCHEDULING SETTLEMENT CONFERENCE**

IT IS HEREBY ORDERED that a settlement conference shall be held regarding the above-captioned matter on **_May 30, 2006 at 9:00 a.m._** in Courtroom 7C, 7th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania, unless the parties inform the Court in writing that the matter has been resolved.

Chief trial counsel and parties shall attend in person and be prepared to discuss settlement and alternative dispute resolution options in detail. Specifically, counsel for plaintiff shall bring the necessary representative and counsel for defendant shall bring Joseph Laspina, the Chief Financial Officer of defendant. Additionally, any necessary representative of the insurance carrier with full settlement authority of entire policy limits also shall be physically present.

On or before **_May 25, 2006 at noon_** the parties should submit brief confidential letters to the Court detailing the relative strengths and weaknesses of their case, as well as settlement postures including monetary amounts. The letters will not be filed nor shared with opposing counsel. Accordingly, candor is expected.

FURTHERMORE, within two (2) business days of the conference, the parties shall submit a proposed settlement agreement to the Court. The proposed agreement will not be filed nor shared with opposing counsel.

Counsel should be familiar with this Court's Practices and Procedures (see Court Practices and Procedures at www.pawd.uscourts.gov, link "court practice".)

**SO ORDERED** this 9th day of May, 2006.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   All counsel of record